# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY ALBIOSDELAPINIA, individually and as representative of the ESTATE OF ADINA ALBIOSDELAPINIA, and STEVEN A. SMITH, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF IMPERIAL, et al.,<br><br>Defendants. | Case No. 15CV994-BEN (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO REMAND**<br><br>[Docket No. 4] |

The parties jointly move to remand this case to state court because the Plaintiffs voluntarily dismissed the fifth and sixth causes of action that formed the basis for federal jurisdiction. (Docket No. 4.) The parties' joint motion is **GRANTED**. The case is **REMANDED** to state court.

**IT IS SO ORDERED.**

Dated: June 3, 2015

Hon. Roger T. Benitez
United States District Judge